**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00022-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AUTUMN JOY WALKER,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

---

**Blackburn, J.**

The matter before me is defendant's **Motion for Early Termination of Supervised Release** [#15] filed October 18, 2006. I grant the motion.

A motion for early release is tantamount to a motion seeking modification of conditions of supervised release.  As such, the petition is governed by **18 U.S.C. § 3583(e)(1)**, which provides,

> (e) Modification of conditions or revocation.--The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) --
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

In turn, under the Federal Rules of Criminal Procedure, modification of probation is governed by Rule 32.1, which provides,

> (c) Modification.
> (1) In General. Before modifying the conditions of probation or
> supervised release, the court must hold a hearing, at which the
> person has the right to counsel.
> (2) Exceptions. A hearing is not required if:
> (A) the person waives the hearing; or
> (B) the relief sought is favorable to the person and does not extend
> the term of probation or of supervised release; and
> (C) an attorney for the government has received notice of the relief
> sought, has had a reasonable opportunity to object, and has not done so.

The government does not object to early termination. *See* Government's Response [#17] filed November 17, 2006.

After considering carefully 1) the motion; 2) the response; and 3) the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), I find and conclude that early termination is warranted by the conduct of the defendant and is in the interest of justice.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion for Early Termination of Supervised Release** [#15] filed October 18, 2006, **IS GRANTED**; and

2. That effective forthwith defendant's supervised release **IS TERMINATED**.

Dated January 2, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**